# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————————

## No. 201700227

————————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## BRIYANT I. ALVAREZ
Private First Class (E-2), U.S. Marine Corps
Appellant

————————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Joseph P. Lisiecki, USMCR.
Convening Authority: Commanding Officer, Headquarters and Support
Battalion, Marine Corps Installations West-Marine Corps Base, Camp
Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd
Enge, USMC.
For Appellant: Commander Suzanne M. Lachelier, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————————————

Decided 5 October 2017

————————————————————

Before MARKS, JONES, and MILLER, *Appellate Military Judges*

————————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court